# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GREAT WHITE PRESSURE CONTROL, LLC**<br>    Plaintiff<br><br>vs.<br><br>**MTECH INDUSTRIES AND MEHTAB (TAB) KHEHRA**<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) **Case No.: CIV-08-00664-R**<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

Great White Pressure Control LLC ("Great White") filed this lawsuit against MTech Industries ("MTech") and Mehtab Khehra (collectively "Defendants"). Great White sought a declaratory judgment, injunctive relief, and monetary damages arising out of Defendants' allegations that Great White misappropriated Defendants' intellectual property. Defendants answered Great White's lawsuit and filed counterclaims against Great White.

Proceedings on Plaintiff's motion for default judgment were held on August 25, 2009. Counsel for all parties appeared. Plaintiff entered into evidence the testimony of Mr. Ronnie Roles and Mr. Steve Winters, and Plaintiff's exhibits 1-21 were admitted into evidence without objection. Defendants called no witnesses and offered no exhibits into evidence.

As set forth more fully below, the Court enters final judgment in favor of Great White and against Defendants on all of Great White's claims. Specifically, the Court grants Great White the declaratory judgment and injunctive relief set forth below and awards Great White $142,400.00 in damages, representing the disgorgement of profits for snubbing equipment sold by Defendant to Plaintiff's competitor, Cudd Pressure Control. The Court further concludes that Plaintiff is entitled to $102,613.85 in attorney's fees. The Court hereby dismisses Defendants' counter-claims with prejudice.

The Court enters a declaratory judgment as follows:

Great White and its employees did not unlawfully use Defendants' intellectual property. Great White owns or lawfully uses the design set forth in Exhibits 3 and 4, and introduced at the hearing on August 28, 2009. Great White and its employees have not misappropriated, unlawfully used, or otherwise infringed, either directly or indirectly, any intellectual property rights, including but not limited to rights in patents, trademarks, copyright, or trade secrets of the Defendants.

The Court finds that Defendants have damaged Great White by disclosing Great White's confidential, proprietary, and commercially sensitive information. As a result, the Court grants permanent and immediate injunction in favor of Great White and against the Defendants ordering that Defendants: (1) return all written materials related to Great White's designs, drawings, and/or specifications for Great White's equipment; (2) destroy any electronically stored data relating to Great White's designs, drawings, and/or specifications for Great White's equipment; and (3) identify all parties to whom Defendants have disclosed, either in writing or orally, any of Great White's designs, drawings, and/or specifications for its equipment. Defendants are restrained from using or disclosing Great White's confidential and proprietary information, including designs, drawings, and/or specifications, and from otherwise engaging in unfair trade against Great White. Defendants must immediately remove and destroy any and all photos or depictions of Great White's equipment or designs from MTech's website and refrain from using any such photos or depictions in the future.

The Court finds that the Defendants' acts constituted unfair trade practices, unlawful misappropriation, breach of agreement, and conversion in violation of the Lanham Act, the Oklahoma Deceptive Trade Practices Act, and common law. The Court further finds that Defendants' actions constituted breaches of the covenants of good faith and fair dealing.

NO.99970596.2
428570.1:412637:01380

- 3 -

The Court finds that the Defendants are jointly and severally liable to Great White and orders the Defendants to pay Great White $142,400.00 in damages, and $102,613.85 in attorney's fees.

**IT IS SO ORDERED** this 3rd day of September, 2009.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

NO.99970596.2
428570.1:412637:01380